IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JAMES ROBINSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:16-CV-825-WKW |
| | ) | [WO] |
| TYLER ELLIOTT, JONATHAN | ) | |
| GODWIN, and TIMOTHY | ) | |
| TRAYHAM, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Before the court is the Recommendation of the Magistrate Judge. (Doc. # 9.) There being no timely objection filed to the Recommendation, and based on a review of the record, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 9) is ADOPTED;

2. Plaintiff James Robinson's motion to dismiss (Doc. # 7) is GRANTED;

3. This case is DISMISSED without prejudice; and

4. No costs are taxed herein.

A final judgment will be entered separately.

DONE this 29th day of November, 2016.

                                                /s/ W. Keith Watkins
                                    CHIEF UNITED STATES DISTRICT JUDGE